**Important:** Return this form to the clerk's office promptly, but not later than twenty-one days after your appearance, answer or responsive pleading

RECEIVED
SEP 2 1 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CORIZON, INC., etc.      )
                         )
      Plaintiff(s),      )
                         )
vs.                      )   Case No. 4:10-CV-02430  DDN
                         )
                         )
WEXFORD HEALTH SOURCES, INC.  )
                         )
      Defendant(s).      )

## CONSENT TO JURISDICTION BY
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(l), the undersigned (party*) (counsel of record for    Corizon, Inc.    ) in the above captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of final judgement, with direct review by the Eighth Circuit Court of Appeals if an appeal is filed.

Date: September 21, 2011

Signature
Print Name:  James R. Wyrsch

## DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned (party*)(counsel of record for                    ) in the above-captioned civil matter hereby acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date:

Signature
Print Name:

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this cause, this 21 day of September, 20 11

Signature

Corporations may execute only by counsel

*This form must be filed in paper format and cannot be filed electronically*

**Important:** Return this form to the clerk's office promptly, but not later than twenty-one days after your appearance, answer or responsive pleading

RECEIVED
SEP 2 1 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Corizon, Inc.

    Plaintiff(s),

vs.

Wexford Health Sources, Inc.

    Defendant(s).

Case No. 4:10-cv-02430-DDN

## CONSENT TO JURISDICTION BY
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(l), the undersigned (party*) (counsel of record for  Wexford Health Sources ) in the above captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of final judgement, with direct review by the Eighth Circuit Court of Appeals if an appeal is filed.

Date: September 21, 2011

Signature
Print Name: Michael Duvall

## DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned (party*)(counsel of record for _____ ) in the above-captioned civil matter hereby acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date:

Signature
Print Name:

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this cause, this 21 day of September , 20 11.

Signature

Corporations may execute only by counsel