**RECEIVED BY MAIL**
JAN 0 6 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: James Wyrsch | 2. PHONE NUMBER: (314) 259-2780 | 3. DATE: 1/5/2012 |
| 4. MAILING ADDRESS: 211 N. Broadway, Suite 3600 | 5. CITY: St. Louis | 6. STATE: MO / 7. ZIP CODE: 63102 |
| 8. CASE NUMBER: 4:10-cv-02430-DDN | 9. JUDGE: Noce | DATES OF PROCEEDINGS — 10. FROM: 11/2/2011 — 11. TO: 11/2/2011 |
| 12. CASE NAME: Corizon, Inc. v. Wexford Health Sources, Inc. | | LOCATION OF PROCEEDINGS — 13. CITY: St. Louis — 14. STATE: MO |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) Motion to Dismiss Hearing | 11/2/2011 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE: /s/ | | | | PROCESSED BY | |
| 19. DATE: 1/5/2012 | | | | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

**Bryan Cave LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

BRYAN CAVE

Eastern District of Missouri
Attn: Jim Woodward
111 South 10th Street
St. Louis, MO 63102

63102+1125

Hasler
018H26523670
$00.440
01/05/2012
Mailed From 63102
US POSTAGE

RECEIVED
BY MAIL
JAN 06 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS