```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION


CORIZON, INC.,                      )
                                    )
            Plaintiff,              )
                                    )
      v.                            )      No. 4:10 CV 2430 DDN
                                    )
WEXFORD HEALTH SOURCES, INC.,       )
                                    )
            Defendant.              )
```

## ORDER

   **IT IS HEREBY ORDERED** that oral argument on all pending motions is set for **Wednesday, August 1, 2012 at 9:30 a.m.** in the courtroom of the undersigned.

                                        /S/    David D. Noce
                                  **UNITED STATES MAGISTRATE JUDGE**


Signed on July 19, 2012.